FILED
AUG 2 2 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. W16-728M |
| Plaintiff, ) | **INFORMATION** |
| ) | [Count One: 18 U.S.C. § 1382 – Unlawful Entry] |
| v. ) | |
| ROBERT F. FREDERICK III, ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
[18 U.S.C. § 1382]

On or about July 30, 2016, at the Fort Hood Military Reservation, Western District of Texas, the Defendant,

### ROBERT F. FREDERICK III

did, within the jurisdiction of the United States, go upon a military reservation for a purpose prohibited by a lawful regulation, to wit: failing to comply with an installation regulation, (Fort Hood Regulation 190-11) requiring the registration of a firearm, to wit: Springfield Armory USA, model XD-S .45 ACP, Serial Number S3238632, in violation of Title 18, United States Code, Section 1382.

RICHARD L. DURBIN, JR.
United States Attorney

By_____
J. PATRICK ROBINSON
Special Assistant U. S. Attorney