Case 6:16-mj-00728-JCM   Document 29   Filed 03/28/17   Page 1 of 1

Case No: 6:16mj728
PO: JMR
AO 245B (Rev. TXW 9/15) – Judgment in a Criminal Case

Clerk's Copy

Filed: 03/27/17
Doc #27

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

MAR 27 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

2017 MAR 28 AM 10: 08

UNITED STATES OF AMERICA

v.

ROBERT F. FREDERICK

Defendant.

Case Number: 6:16-MJ-00728-JCM(1)
USM Number: NOT PROVIDED

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, ROBERT F. FREDERICK, was represented by Joseph T. Marcee.

The defendant pled guilty to Count 1 of the Information on 3/23/2017. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count |
|---|---|---|---|
| 18 U.S.C.1382 | Unlawful Entry | 07/30/2016 | 1 |

As pronounced on March 27, 2017, the defendant is sentenced as provided in pages 2 through 7 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 27th day of March, 2017.

*Jeffrey C. Manske* (signature)

JEFFREY C. MANSKE
United States Magistrate Judge