PROB 12A
(7/93)

# United States District Court

for

**WESTERN DISTRICT OF TEXAS - WACO**

FILED

JUN 0 9 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

## Report on Offender Under Supervision

Name of Offender: **Robert F. Frederick**                    Case Number: **6: 16-MJ-00728-JCM(1)**

Name of Sentencing Judicial Officer:  **United States Magistrate Judge Jeffrey C. Manske**

Date of Original Sentence: **March 17, 2017**

Original Offense: **Count One: Unlawful Entry - 18 U.S.C. § 1382**

Original Sentence: **Count One: 1 year probation; pay all surcharges(still-active); $10.00 special assessment ($10.00 balance);**

Type of Supervision: **Probation**         Date Supervision Commenced: **March 23, 2017**

### PREVIOUS COURT ACTION

**None.**

### NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant violated Mandatory Condition Number 2; in that, on or about May 23, 2017, he reported to the U.S. Probation Office in Temple, Texas, and provided a urine sample for testing. On June 2, 2017, U.S. Probation Officer Brian Gilbert received the urine sample results that tested positive for marijuana. On June 7, 2017, Frederick admitted usage.

**U. S. Probation Officer Action:**

It is respectfully requested that no action be taken by the Court at this present time. As for the drug violation, the offender will be referred for a drug evaluation through Christian Farms-Treehouse Counseling Agency, in Temple, Texas, and follow any recommendation for treatment. Drug testing will also be increased and if Frederick test positive again, or fails to complete the drug evaluation, judicial action will be requested.

Approved by:

_____
Oswaldo T. Hinojos
Supervising U.S. Probation Officer
Date: June 7, 2017

Respectfully submitted,

_____
Brian J. Gilbert
U.S. Probation Officer
Date: June 7, 2017

*No Response is necessary unless the court directs that additional action be taken as follows:*

[] Submit a Request for Modifying the Condition or Terms of Supervision

[] Submit a Request for Warrant or Summons

[] Other

_____
Jeffrey C. Manske
United States Magistrate Judge

6-8-17
_____
Date